UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-20313-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

LUIS HERNANDO CASTILLO-RANGEL,
Reg. No. 71271-004
_____/

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT

THIS MATTER having come before the Court on February 22, 2007 for hearing on the Government's Motion for Reduction of Sentence imposed as to the Defendant, Luis Hernando Castillo-Rangel, pursuant to Rule 35(b), Federal Rules of Criminal Procedure, as amended. The Court having considered the Government's motion, the representations of the parties, and being fully advised as to the facts and circumstances of this case, it is

ORDERED that the Government's Motion for Reduction of the Sentence imposed as to the Defendant, Luis Hernando Castillo-Rangel is hereby **GRANTED**, it being further

ORDERED that the Judgment in a Criminal Case, entered August 12, 2005, is hereby **AMENDED**, as follows:

> "...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Sixty-Four (64) Months.**"

it being further

ORDERED that all other provisions of the Judgment in a Criminal Case, entered August 12, 2005, shall remain in full force and effect.

DONE AND ORDERED, in Miami, Florida, this 22nd day of February, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Ben Greenberg, AUSA
Maria Elena Perez, Esq.
Bureau of Prisons
U.S. Marshals Service
U.S. Probation Office